UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTA FAY COX,

Plaintiff,

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

Defendant.

No. 2:26-cv-02415-DAD-JDP

ORDER TRANSFERING VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO THE PARTIES' STIPULATIONS AND DECLINING TO ADOPT OTHER STIPULATIONS

(Doc. Nos. 13, 14, 15)

On August 13, 2026, the parties filed a joint stipulation requesting[1] that this action be transferred to the United States District Court for the Northern District of California because plaintiffs are putative class members in a consolidated class action alleging the same claims against defendant in an action pending before the United States District Court for the Northern District of California. (Doc. No. 14 at 2–3.)

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or

[1] The parties further stipulate that plaintiff shall have fourteen (14) days after the transfer is complete to file a first amended complaint (Doc. No. 15) and that defendant shall have thirty days thereafter to file a responsive pleading to plaintiff's first amended complaint (Doc. No. 13). However, the court declines to set a schedule for another district court.

to any district or division to which all parties have consented." 28 U.S.C. 1404(a). Here, the parties' stipulation shows that all parties have consented to transferring this case to the Northern District of California. Thus, pursuant to the parties' stipulated request to transfer this action, and for the sake of judicial economy and efficiency, and in the interest of justice, the court will transfer this action to the United States District Court for the Northern District of California.

Accordingly,

1. The parties' stipulations to stay response deadline (Doc. No. 13) and to permit filing of a first amended complaint (Doc. No. 15) are DENIED without prejudice to renewal before the United States District Court for the Northern District of California upon transfer;
2. The parties' stipulated request to transfer this action to the United States District Court for the Northern District of California (Doc. No. 14) is GRANTED;
3. The court hereby TRANSFERS this action to the United States District Court for the Northern District of California;
4. The court further orders the Clerk of the Court for the Eastern District of California in Sacramento, to FORWARD all filings in this action to the United States District Court for the Northern District of California; and
5. The Clerk of the Court for the Eastern District of California shall CLOSE this case upon completion of the transfer.

IT IS SO ORDERED.

Dated: **August 20, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE