**AKIN GUMP STRAUSS HAUER & FELD LLP**
LAURA D. SMOLOWE (SBN 263012)
CHRISTOPHER C. BARWICK (SBN 347207)
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Tel: (310) 229-1000
Fax: (310) 229-1001
Email: lsmolowe@akingump.com
cbarwick@akingump.com

NATASHA G. KOHNE (SBN 310921)
100 Pine Street, Suite 3200
San Francisco, CA 94111
Tel: (310) 229-1000
Email: nkohne@akingump.com

ANTHONY T. PIERCE (*pro hac vice forthcoming*)
CAROLINE L. WOLVERTON (*pro hac vice forthcoming*)
DAVID KORIN (*pro hac vice forthcoming*)
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4000
Email: apierce@akingump.com
cwolverton@akingump.com
dkorin@akingump.com

*Counsel for Defendant*
*Government Employees Insurance Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**ALTA FAY COX**, on behalf of himself and all others similarly situated,

Plaintiff,

v.

**GOVERNMENT EMPLOYEES INSURANCE COMPANY**, a Nebraska Corporation,

Defendant.

Case No. 3:26-cv-08755-TSH

**STIPULATION FOR AMENDMENT TO COMPLAINT AND ~~[PROPOSED]~~ ORDER**

Pursuant to Civil L.R. 7-12 and Fed. R. Civ. P. 15(a)(2), Plaintiff Alta Fay Cox ("Plaintiff") and Defendant Government Employees Insurance Company ("GEICO" or "Defendant") (together, the "Parties"), by and through their counsel of record, hereby stipulate and respectfully request that the Court enter the proposed order accompanying this Stipulation as follows:

WHEREAS, Plaintiff commenced this putative class action in the Superior Court for the State of California, County of Sutter, Case No. CVCS26-0001436, on May 27, 2026;

WHEREAS, Defendant removed this action to the United States District Court for the Eastern District of California on July 9, 2026;

WHEREAS, on July 13, 2026, the Parties filed a Stipulation Extending Time to Respond to the Complaint, extending Defendant's deadline to respond to the Complaint by twenty-eight (28) days to August 13, 2026;

WHEREAS, that twenty-eight (28) day extension was the sole prior extension obtained and represents the total period of extensions already obtained by the Parties as to Defendant's deadline to respond;

WHEREAS, the Parties jointly stipulated to transfer this action to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a), which the United States District Court for the Eastern District of California ordered on August 21, 2026;

WHEREAS, prior to transferring this action, the Parties agreed to jointly stipulate that Plaintiff shall have fourteen (14) days after the case has been docketed in the United States District Court for the Northern District of California to file a First Amended Complaint and that Defendant shall have thirty (30) days thereafter to file a responsive pleading to Plaintiff's First Amended Complaint;

WHEREAS, the Parties now seek to renew such joint stipulation now that the case has been transferred to the United States District Court for the Northern District of California;

WHEREAS, concurrently with this stipulation, Defendant is filing an Unopposed Motion to Change Time, seeking an order resetting Defendant's deadline to respond to the Complaint to thirty (30) days after the First Amended Complaint is filed;

WHEREAS, the Parties agree, pursuant to Fed. R. Civ. P. 15(a)(2), that Plaintiff may file a First Amended Complaint within fourteen (14) days after this action is docketed in the Northern District of California;

WHEREAS, Plaintiff agrees that she will not raise any arguments about prejudice or undue delay from the Parties' stipulation to the filing of the First Amended Complaint or from Defendant's responding to the First Amended Complaint, whether by answer or motion to dismiss, on the timeline to which the Parties have agreed;

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their undersigned counsel, as follows:

1. Plaintiff shall have fourteen (14) days after this action is docketed in the Northern District of California to file a First Amended Complaint.
2. Plaintiff shall not raise any arguments about prejudice or undue delay from the Parties' stipulation to the filing of the First Amended Complaint or from Defendant's answer, motion, or other response to the operative complaint within the time set forth in this Stipulation or in the concurrently filed Unopposed Motion to Change Time.

The Parties respectfully request that the Court enter the proposed order granting this Stipulation.

IT IS SO STIPULATED.

Dated: August 28, 2026

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By /s/ Laura D. Smolowe

Laura D. Smolowe (SBN 263012)
Christopher C. Barwick (SBN 347207)
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Tel: (310) 229-1000
Fax: (310) 229-1001

Natasha G. Kohne (SBN 310921)
100 Pine Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 765-9500

Anthony T. Pierce (*pro hac vice forthcoming*)
Caroline L. Wolverton (*pro hac vice forthcoming*)
David Korin (*pro hac vice forthcoming*)
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4000

*Counsel for Defendant*
*Government Employees Insurance Company*

Dated: August 28, 2026

**POTTER HANDY LLP**

By /s/ James M. Treglio

James M. Treglio (SBN 228077)
Naomi Butler (SBN 332664)
Mark D. Potter (SBN 166317)
Isabel Rose Masanque (SBN 292676)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 534-1911

*Counsel for Plaintiff and all others similarly situated*

**FILER'S ATTESTATION OF CONCURRENCE**

Pursuant to Civil L.R. 5-1(i)(3), I Laura D. Smolowe, hereby attest that all signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 28, 2026

By *_/s/ Laura D. Smolowe_*
Laura D. Smolowe

**~~[PROPOSED]~~ ORDER**

Having reviewed the Joint Stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff shall have fourteen (14) days after this action is docketed in the Northern District of California to file a First Amended Complaint.
2. Plaintiff shall not raise any arguments about prejudice or undue delay from the Parties' stipulation to the filing of the First Amended Complaint or from Defendant's answer, motion, or other response to the First Amended Complaint within the time set forth in this stipulation or in the concurrently filed Unopposed Motion to Change Time.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 28, 2026

HONORABLE THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE