UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALTA FAY COX**, on behalf of himself and all others similarly situated,<br>Plaintiff,<br>v.<br>**GOVERNMENT EMPLOYEES INSURANCE COMPANY**, a Nebraska Corporation,<br>Defendant. | Case No. 3:26-cv-08755-TSH<br>**ORDER GRANTING UNOPPOSED MOTION TO CHANGE TIME** |

**ORDER**

Having reviewed Defendant's Unopposed Motion to Change Time, and good cause appearing pursuant to Fed. R. Civ. P. 6(b)(1), 15(a)(3), and Civil L.R. 6-3, IT IS HEREBY ORDERED that the Motion is GRANTED, and it is further

ORDERED that the deadline for Defendant to respond to the Complaint is hereby RESET to thirty (30) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated: __August 28, 2026

HONORABLE THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE